STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK (Cal. Bar No. 236173)
Assistant United States Attorney
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Tel: (213) 894-3275
     Fax: (213) 894-7819
     Email: richard.park@usdoj.gov

Attorneys for the Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE MABE, AKA CHARLIE ANTONUCCI, INDIVIDUALLY AND SUCCESSOR IN INTEREST TO VITO ANTONUCCI<br><br>         Plaintiff,<br><br>         v.<br><br>T. PAGE; G. ROJAS; A. SINAVSKY, M.D., DR. E.NICOLAS-ARAFILES, M.D.; V. CASTILLO; PEREIRA LITTAUA, MLP; MICHELLE CASTEN-METHU; UNITED STATES OF AMERICA, AND DOES 1 THROUGH 10, INCLUSIVE<br><br>         Defendant. | Case No. CV 13-2097 CBM(RZx)<br><br>**ORDER APPROVING STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSAL OF ACTION [JS-6]**<br><br>Hon. Consuelo B. Marshall<br>United States District Judge |

     Pursuant to the Stipulation for Compromise Settlement and Dismissal of Action filed by the parties,

-1-

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;

2. Each party shall bear its own costs of suit and attorneys' fees; and

3. The Court retains jurisdiction pending payment of the settlement.

DATED: October 28, 2014

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

-2-

W02-WEST:1VEA2\401296293.1